

FILED

NOV 0 5 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                         Plaintiff,

    vs.

JAIME EDUARDO PEREZ (1),

                      Defendant.

CASE NO. ~~14~~ 13CR4058-BEN

Judgment and
**ORDER OF DISMISSAL OF
INFORMATION**

    Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held by the U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

    **IT IS SO ORDERED**.

Dated: _11/5/14_

_____
**HONORABLE KAREN S. CRAWFORD**
**United States Magistrate Judge**

- 1 -

14CR4058-BEN